**FILED**

**FEB 27 2012**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

3:12-453 EDL

MDL No. 1871

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-143)**

On October 16, 2007, the Panel transferred 2 civil action(s) to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 528 F.Supp.2d 1339 (J.P.M.L. 2007). Since that time, 1,956 additional action(s) have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M Rufe.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 22, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD

2-22-2012

Tom Dempsey

IN RE: AVANDIA MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

MDL No. 1871

## SCHEDULE CTO-143 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 12-00453 | Cook et al v. GlaxoSmithKline LLC. |
| **FLORIDA SOUTHERN** | | | |
| FLS | 9 | 12-80092 | Hernandez v. SmithKline Beecham Corporation |
| FLS | 9 | 12-80093 | Haskell v. SmithKline Beecham Corporation |
| **KANSAS** | | | |
| KS | 2 | 12-02041 | Goodwin v. Glaxosmithkline, LLC et al |
| KS | 2 | 12-02042 | Hanan v. Glaxosmithkline, LLC et al |
| KS | 2 | 12-02043 | Crook v. Glaxosmithkline, LLC et al |
| KS | 2 | 12-02048 | Sylvester v. Glaxosmithkline, LLC et al |
| KS | 2 | 12-02049 | Hussey v. Glaxosmithkline, LLC et al |
| KS | 2 | 12-02050 | Thomas v. Glaxosmithkline, LLC et al |
| **TEXAS NORTHERN** | | | |
| TXN | 5 | 12-00019 | Rogers et al v. SmithKline Beecham Corporation et al |
| **TEXAS WESTERN** | | | |
| TXW | 6 | 12-00031 | Mejia v. Smithkline Beecham Corporation d/b/a Glaxosmithkline |

MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

ROOM 2609
(267) 299-7018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

RECEIVED

FEB 2 7 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE:  ADVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION; MDL 1871

Dear Clerk:

Enclosed is a Certified copy of the conditional transfer order (CTO-143) issued by the Judicial Panel on Multidistrict Litigation directing the transfer of the cases listed on the attached schedule to the ED-PA as part of the MDL 1871 assigned to the Honorable Cynthia M. Rufe.

**Please docket this order on the cases listed on the attached schedule and notify our court by mailing us a certified copy of the docket when completed. We will then log onto pacer and print the case file. You will not be required to forward any documents to our district unless directed otherwise.**

If you have any questions, please call me at (267) 299-7018.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: *Tom Dempsey*
Tom Dempsey, Deputy Clerk
MDL Docketing Clerk

Enclosure